# United States District Court
# For The Western District of North Carolina
# Asheville Division

Timothy Lamont Ruff,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          1:12cv187 / 4:96cr56

USA,

        Defendant(s).


DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/16/12 Order.


                                              Signed: October 16, 2012

                                              Frank G. Johns, Clerk
                                              United States District Court